ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CACI NSS, LLC | ) ASBCA No. 63080 |
| | ) |
| Under Contract No. FA8823-16-C-0004 | ) |

APPEARANCES FOR THE APPELLANT:    Michael E. Ginsberg, Esq.
J. William Koegel, Jr., Esq.
  Counsel

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63080, Appeal of CACI NSS, LLC, rendered in conformance with the Board's Charter.

Dated: August 22, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals